UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BILLY EDO,

                Plaintiff,

        -against-

ANTIKA PIZZERIA ASTORIA, INC.,

                Defendant.
------------------------------------------------------------- X

JUDGMENT

15-CV-5605 (KAM)(VMS)

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 23, 2019, granting Defendant's motion for summary judgment; directing the Clerk of Court to enter judgment in favor of the defendant, serve a copy of this Memorandum and Order and the judgment on the *pro se* plaintiff, note service on the docket, and to close this case; it is

ORDERED and ADJUDGED that the Defendant's motion for summary judgment is granted; and that the case is closed.

Dated: Brooklyn, NY  
September 23, 2019

Douglas C. Palmer  
Clerk of Court

By: /s/*Tiffany Campbell*  
Deputy Clerk